United States Bankruptcy Court
Southern District of New York

| | | | |
|---|---|---|---|
| In re: | Advance Watch Company, Ltd. *et al*, | ) | Case No.: 15-12690 (MG) |
| | Debtor | ) | (Jointly Administered) |
| | | ) | |
| Peter Kravitz, as Creditor Trustee of the Creditor Trust | | ) | Chapter 11 |
| Of Advance Watch Company, Ltd., | | ) | |
| | Plaintiff | ) | |
| | v. | ) | Adv. Proc. No.: 17-01137 |
| | | ) | |
| Deacons, | | ) | |
| | | ) | |
| | Defendant. | ) | |

**SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of service of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| Address of Clerk: | Clerk of Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:
Joseph L. Steinfeld, Jr.  MN SBN 0266292
Gary D. Underdahl, MN SBN 0301693
ASK LLP
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
**Telephone:** (651) 406-9665
**E-Mail:**  gunderdahl@askllp.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address:
One Bowling Green
New York, NY 10004-1408 | Room:  Courtroom  523 – One Bowling Green
New York, NY 10004-1408
Date and Time: **To De Determined** |
|---|---|

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**


                                                            Vito Genna
                                                            C*lerk of the Bankruptcy Court*

Date:   October 30, 2017

                                                            /s/ Carmen Ortiz
                                                            Deputy Clerk