## CERTIFICATE (Re : Deacons)

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

(1) that the document has been served*

—the (date)   28 December 2017

—at (place, street, number)   5th Floor, Alexandra House, 18 Chater Road, Central, Hong Kong.

—in one of the following methods authorised by article 5

(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.

(b) in accordance with the following particular method*:

(c) by delivery to the addressee, who accepted it voluntarily*.

The documents referred to in the request have been delivered to :

—(identity and description of person)

—relationship to the addressee (family, business or other):

(2) that the document has not been served, by reason of the following facts*:

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*

Annexes—

Documents returned

In appropriate case, documents establishing the service   Affirmation of service of Wong King-hei, Bailiff's Assistant dated 28 December 2017.

Done at
Signature and/or stamp,

− 5 JAN 2018

*Delete if inappropriate.