**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ADVANCE WATCH COMPANY, LTD., *et al.*,<br><br>                                                    Debtors.[1] | Case No. 15-12690 (MG)<br><br>Chapter 11<br><br>(Jointly Administered) |
| PETER KRAVITZ, as Creditor Trustee of the Creditor Trust of Advance Watch Company Ltd.,<br><br>                                                    Plaintiff,<br><br>v.<br><br>DEACONS,<br><br>                                                    Defendant. | Adv. Pro. No. 17-01137 |

## ORDER FOR DEFAULT JUDGMENT AGAINST DEACONS

This action was commenced on or about September 28, 2017, by the filing of a Complaint.   On October 30, 2017, Plaintiff filed an Amended Complaint. Copies of the Foreign Summons and Amended Complaint in the above-referenced adversary proceeding were served on the above-named Defendant, Deacons, through service by APS International, Ltd., pursuant to Federal Rule of Bankruptcy Procedure 7004, on December 28, 2017.   The Certificate was filed with this Court.

The Clerk's Entry of Default was filed on or about April 19, 2018.   Defendant was served with Plaintiff's Application for Default Judgment and has failed to answer, object or otherwise defend.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Advance Watch Company, Ltd. (8061); Binda USA Holdings, Inc. (8916); Sunburst Products, Inc. (5972); and GWG International, Ltd. (2468).

**NOW THEREFORE**, upon reading the annexed Application for Default Judgment dated April 30, 2018, it is

**ORDERED, ADJUDGED AND DECREED:** that the Plaintiff Peter Kravitz, as Creditor Trustee of the Creditor Trust of Advance Watch Company Ltd., be awarded a default judgment against the Defendant, Deacons, in the amount of $14,558.55, plus interest of $98.44 and costs in the sum of $350.00, which results in a total judgment of $15,006.99 as of today's date with interest continuing to accrue at the Federal Rate.

**IT IS SO ORDERED.**

Dated:   June 29, 2018
         New York, New York

                                                _____/s/Martin Glenn_____
                                                    MARTIN GLENN
                                          United States Bankruptcy Judge